UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA                CASE # S/NY # 06CR729-01 (JES)
                                        09mJ8097
VS

Robert Ironside                         PRISONER # 59283-054

*************************************************************************
TO:   CLERK'S OFFICE, UNITED STATES DISTRICT COURT:   (CIRCLE ONE)

MIAMI      FT. LAUDERDALE      (WEST PALM BEACH)      FT. PIERCE
*************************************************************************

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: 4/16/2009     11:15 AM

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE (S) CHARGED: Viol. Supervised Release

4) U.S. CITIZEN     [X] YES     [ ] NO     [ ] UNKNOWN

5) DATE OF BIRTH: __/__/62

6) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
    [ ] INDICTMENT
    [ ] COMPLAINT TO BE FILED/ALREADY FILED
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [X] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT

    ORIGINATING DISTRICT: S/NY

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES    [ ] NO

7) AMOUNT OF BOND: _____     WHO SET BOND: _____

8) ARRESTING/PROCESSING AGENT: Navitsky          DATE: 4/16/09

9) AGENCY: USMS                                  PHONE: 655-1827